UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 08-762 (WHW)

v. :

RUSSELL HERZOG : <u>BAIL ORDER</u>

This matter having come before the Court at the request of United States Pretrial Services and with the consent of defendant Russell Herzog (Blair Zwillman, Esq., appearing) and the United States (Christopher J. Christie, United States Attorney; Mark J. McCarren, Assistant U.S. Attorney, appearing); and it appearing that defendant Russell Herzog entered a guilty plea before Your Honor on or about October 14, 2008, which also served as defendant Herzog's initial appearance; and the Court having considered the submission of United States Pretrial Services; and for good cause shown,

IT IS on this 16th day of October, 2008

ORDERED that bail is set in the amount of a $10,000 personal recognizance bond;

IT IS FURTHER ORDERED that the defendant shall report to United States Pretrial Services as directed;

IT IS FURTHER ORDERED that the defendant shall have his travel restricted to the states of New Jersey, New York, Connecticut and Pennsylvania absent a court order;

IT IS FURTHER ORDERED that the defendant shall surrender his

passport and any related travel documents; and

IT IS FURTHER ORDERED that defendant shall submit to mental health counseling and treatment as directed by United States Pretrial Services.

_____
HONORABLE WILLIAM H. WALLS
Sr. United States District Judge