**WILENTZ, GOLDMAN & SPITZER P.A.**
Attorneys at Law
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey  07095
(732) 636-8000 (Phone)
(732) 855-6117 (Fax)
Attorneys for Defendant Russell Herzog
Our File No.: 150531.001

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | DOCKET NO: 2:08-cr-762 |
| v. | |
| RUSSELL HERZOG, | **ORDER PERMITTING PAYMENT OF FINE OVER TIME** |
| Defendant. | |
| | *(DOCUMENT ELECTRONICALLY FILED)* |

THIS MATTER having come before the Court at the request of the defendant, Russell Herzog, (Blair R. Zwillman, Esq., of the law firm of Wilentz, Goldman & Spitzer, P.A. appearing), for an Order permitting payment of the court-imposed fine in this matter over time, with the consent of the United States (Ralph J. Marra, Jr., Acting United States Attorney; Mark J. McCarren,

Assistant United States Attorney appearing); and it appearing that the court has directed that a fine in the amount of $10,000.00 be paid within thirty (30) days of the date of sentence, and the defendant seeking additional time to pay said fine, and the Court having considered this matter, and for other good cause shown;

IT IS on this ___9th___ day of April, 2009,

**HEREBY ORDERED** that the defendant be provided a one-year period within which to pay the $10,000.00 fine in this matter.

By: _____
HON. WILLIAM H. WALLS,
Senior United States District Judge

Dated: _____, 2009