**WILENTZ, GOLDMAN & SPITZER P.A.**
Attorneys at Law
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
(732) 636-8000 (Phone)
(732) 855-6117 (Fax)
Attorneys for Defendant Russell Herzog
Our File No.: 150531.001

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

----------------------------------X
                                  :
UNITED STATES OF AMERICA,         :
                                  :
            Plaintiff,            :   DOCKET NO: 2:08-cr-762
                                  :
v.                                :
                                  :
RUSSELL HERZOG,                   :   **ORDER PERMITTING DEFENDANT TO**
                                  :   **ENGAGE IN TRAVEL AND OTHER**
            Defendant.            :   **ACTIVITIES RELATED TO CHILD**
                                  :   **CARE DURING PERIOD OF**
                                  :   **ELECTRONIC MONITORING**
                                  :
                                  :
                                  :
                                      *(DOCUMENT ELECTRONICALLY FILED)*
----------------------------------X

THIS MATTER having come before the Court at the request of the defendant, Russell Herzog, (Blair R. Zwillman, Esq., of the law firm of Wilentz, Goldman & Spitzer, P.A. appearing), for an Order permitting the defendant to engage in travel and other activities required to properly care for his 14 year-old

#3166770 (150531.001)

daughter, in the absence of the child's mother, for extended periods of time due to her employment, and permitting the defendant to visit his ailing 74 year-old mother in Woodbury, New York, with the consent of the United States (Ralph J. Marra, Jr., Acting United States Attorney; Mark J. McCarren, Assistant United States Attorney appearing); and it appearing that stated authority is required by the United States Probation Department in order to permit same, and the Court having considered this matter, and for other good cause shown;

IT IS on this ____8____ day of May, 2009,

**HEREBY ORDERED** that the Probation Department is authorized to permit defendant, on appropriate notice, to perform the following activities:

1. Drive and pick up his 14 year-old daughter from school;

2. Drive and pick up his 14 year-old daughter to and from recreational *and extracurricular school* activities after school;

3. ~~Drive and pick up his 14 year-old daughter to and from any and all recreational sporting events and extracurricular school activities~~ that she is involved in on other occasions;

4. Drive to and pick up his 14 year-old daughter from any and all medical appointments;

5. Drive to and pick up his 14 year-old daughter from friends' homes;

6. Drive to and return from food shopping and other necessary shopping;

**AND IT IS FURTHER ORDERED** that the Probation Department is authorized to permit defendant, on appropriate notice, to visit his 74 year-old ailing mother in Woodbury, Long Island, New York.

By: _____
HON. WILLIAM H. WALLS,
Senior United States District Judge